UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TEAGAN LILLY, ARISIA WARD, <br><br> Plaintiffs, <br><br> vs. <br><br> SANDVIKS, INC,, <br><br> Defendant. | 2:22-CV-11104-TGB <br><br> ORDER DISMISSING CASE <br><br> HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 11th day of October, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge